**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| JUSTIN M. HICKEY, | |
| Plaintiff, | Case No. 1:19-cv-00538 |
| v. | Honorable Judge Marcia A. Crone |
| THE CBE GROUP, INC., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Justin M. Hickey ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant The CBE Group, Inc., have settled all claims between them in this matter. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 12th day of February 2020.

        Respectfully submitted,

        *s/ Alexander J. Taylor*
        Alexander J. Taylor
        Sulaiman Law Group, Ltd.
        2500 S. Highland Avenue, Suite 200
        Lombard, IL 60148
        Phone: (630) 575-8181
        ataylor@sulaimanlaw.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*____
Alexander J. Taylor
