| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JUSTIN M. HICKEY,                 §
                                  §
        Plaintiff,                §
                                  §
*versus*                          §   CIVIL ACTION NO. 1:19-CV-538
                                  §
THE CBE GROUP, INC.,              §
                                  §
        Defendant.                §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Dismissal (#10), signed February 12, 2020, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of May, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE